# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

UNITED STATES OF AMERICA

                                Plaintiff,

v.                                               Case No.: 1:14–cr–00447

                                                              Honorable Richard A. Posner

Hakeem El Bey

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, September 11, 2015:

      MINUTE entry before the Honorable Richard A. Posner as to Hakeem El Bey: The Court grants the request of Attorney Gabriel Fuentes to present arguments at the sentencing hearing as amicus curiae. Mr. Fuentes will no longer serve as standby counsel. The probation officer's sentencing recommendations are ordered released to amicus curiae. Sentencing hearing date of 9/17/2015 to stand. Mailed notice (am)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.